IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NEURO KINETICS, INC.,

    Plaintiff,

    v.

DR. JAMES Z. CINBERG, et al.,

    Defendants.

2:17-cv-124

Judge Mark R. Hornak

### ORDER

This civil action is stayed, and will be administratively closed on the docket, subject to being reopened by further Order of this Court on its own motion, or upon the Motion of any party for good cause shown. The parties shall file a joint status report on or before October 20, 2017.

_/s/ Mark R. Hornak_
Mark R. Hornak
United States District Judge

Dated: August 23, 2017

cc: All counsel of record